**FILED**

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0105

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0105

_____

ANTHONY WEIMER,

Petitioner,

v.

ELEVENTH JUDICIAL DISTRICT COURT,
FLATHEAD COUNTY, and HONORABLE
HEIDI J. ULBRICHT,

Respondent.

_____

**FILED**

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Anthony Weimer has filed a Corrected Petition for Writ of Supervisory Control that we deem a petition for rehearing, pursuant to M. R. App. P. 20(1).

On March 15, 2022, this Court denied and dismissed his writ of supervisory control over the Eleventh Judicial District Court, Flathead County, because it was not warranted, explaining that the District Court maintained jurisdiction. Weimer puts forth the same arguments with only corrections to documentary exhibits. Weimer does not point to any criteria under M. R. App. P. 20(1)(a) or clearly demonstrated exceptional circumstances to warrant rehearing on a matter that this Court has decided. M. R. App. P. 20(1)(a) and (d). Therefore,

IT IS ORDERED that Weimer's Corrected Petition for Writ of Supervisory Control, deemed a Petition for Rehearing, is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 12 day of April, 2022.

Chief Justice

_____

_____

_____

_____
Justices